# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rode Wayne Vocu, | ) | Case No. 1:16-cr-040 |
| | ) | |
| Defendant. | ) | |

On February 28, 2016, defendant made his initial appearance in the above-entitled action matter and was arraigned. He was thereafter released on the conditions that did not include direct supervision by the Pretrial Services Office.

On January 17, 2017, the Government filed a "Motion for Revocation of Pretrial Release and Request for Issuance of Warrant." It avers that defendant has had multiple contacts with tribal law enforcement since his release and currently has five outstanding tribal arrest warrants.

The court **GRANTS** the Government's motion (Docket No. 52). The Clerk's office shall issue an arrest warrant for defendant.

**IT IS SO ORDERED**.

Dated this 25th day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court